UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE SHOEMAKER CASTILLO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SGT. COSTELLO, CPL FERNADEZ, CO BISHOP, CO REED, and CO IRION,<br><br>　　　　　　Defendants. | NO.  CV-06-3042-EFS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

　　　By Order filed October 3, 2006, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days (Ct. Rec. 7). A copy of this Order was sent to Mr. Castillo at the Yakima County Jail, but was returned as undeliverable on October 12, 2006. A Yakima County Prosecuting Attorney notified the District Court Executive by letter received October 24, 2006, that Mr. Castillo is no longer incarcerated at the Yakima County Department of Corrections.

　　　Plaintiff has failed to keep the Court apprised of his current address.  The Court has attempted, but has been unable, to locate a current address for Plaintiff.  Plaintiff has not amended the complaint as directed and he has not prosecuted this action further.  Therefore, **IT IS ORDERED** Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

failure to notify the District Court Executive regarding his change of address.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to the Plaintiff at his last known address, and close the file.

**DATED** this ___18th___ day of December 2006.

S/ Edward F. Shea
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\6cv3042efs-12-14-DISfia.wpd

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2